FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 AUG 26 PM 12: 17

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____6th / 15th_____ **DIVISION**

Toshalyn Murray

(Enter Above the Name of the Plaintiff in this Action)

vs.

Tom Ryle et, al

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Toshalyn Murray

Name - Full Name Please - PRINT

1355 Embree Rd

Street Address

Stockport, Oh 43787

City, State and Zip Code

740- 381-8929

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Athens County Sheriffs Office
   Name - Full Name Please
   13 W Washington St. Athens, Oh 45701
   Address: Street, City, State and Zip Code

2. Athens City Police Department
   11 N. College St. Athens, Oh 45701

3. Athens County Children Servi
   18 Stoneybrook Dr. Athens, Oh 45701

4. Carly Ferguson
   18 Stoneybrook Dr. Athens, Oh 45701

5. Kara Bolin
   5996 Rossetter Rd Albany, Oh 45710

6. _
   12 Birge Dr Chauncey, Oh

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 18 United States Code, Section 1512(B)
   [Other federal status giving the court subject matter jurisdiction.]

U.S.C 3617

42. U.S. Code 3617

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1. Athens County Sheriff's Office had received several reports by phone and in person from May of 2021 until present from myself concerning my daughter's pattern and behavior of sporadically going missing from a few days at a time to a week two weeks. The Athens County Sheriff's Office had came out to the house a few times but would never follow through with investigating why my daughter Emily kept continuing to disappear to the neighbor's house. It became a regular pattern of them coming out seeing her on the road or she had already walked back at the time and they left without investigating any of this. Then December 16th 2021 Emily went missing about 7:00 in the morning I had her on camera it showed her going straight to the neighbors, I called that morning reported her missing told them that she was next door begging them for someone to please go next door and get her out of there they never followed through with the report they didn't even document that I had called or showed up, I was either hung up on or told that nobody was there for me to speak to in person to report her missing. They didn't put any kind of missing persons report out for her they never even drove to the home of the neighbors to check on her. During this period that she was missing I had made several in person appearances into the Sheriff's Department, several phone calls, attempted to make several reports and I was told they would not put out a missing person's report for her they would not go look for her they were sick of dealing with this and there was nothing they were going to do about it, but if something happened to Emily while she was gone I was going to be responsible for it and it would cause me to lose my other children. When Emily returned February 20th 2021 she had disclosed to me that she was being held against her will the whole 2 months and 4 days she was next door. The male adult Doug Miller had been sexually physically and mentally assaulting Emily for the past year, threatening to kill her, myself, and my other children if Emily had told what he had been doing to her and her boyfriend Aiden Miller which is Doug and Nikki's son. Emily and Aiden were held at gunpoint at least over five times during this period and being threatened if they disclosed anything that they were doing to them they would kill both of them. Nikki Miller stood behind Doug Miller knowing he was assaulting her own children my daughter and their grandkids even walking in while my daughter was being sexually assaulted by Doug Miller and she turned around and walked away. After Emily returned home February 20th 2021 I reported all of this to Athens County Sheriff's Department and Athens County Children Services neither one of these places would take a report at first then on a second phone call to the Sheriff's Department the deputy they had sent out that night had made a referral to Athens County Children. But then myself Emily and my other children were being taunted harassed assaulted we were ran off the road and my vehicle and several other incidents that had occurred from the Millers personally attacking myself and my children for fear that Emily would disclose the abuse she had sustained at their home. I made several attempts from February 20th until January 9th of 2021 to make emergency, non-emergency, life-threatening, harassing, and several other types of reports to the Sheriff's Department I had been hung up on, I was laughed at I had been told to not call back again or they were going to get me for inducing panic, they even laughed and told me it would be a 47 minute wait for them to get someone to me when I had came home and seen three members of the Miller family inside of my home for them to get someone to me and my children. I had even been told after a phone call to the Sheriff's Department seeking help for members of the Miller family being outside of my property while me and Emily were trying to leave that they weren't taking a report from

me after coming to the house and then told me to go inside and then ask Emily what kind of drugs was I on that I was seeing things. Emily then explained to the sheriff that we have cameras and that I could rewind them to show him where the Millers are on our property and the things they were doing this Deputy refused to look at them and left without making any further reports. I also had been into the sheriff's department several times asking for copies of all the reports that had been made over the last year including the one that I had walked in and was on camera filling out and was told by Officer Klein that he would not file the missing person's report on my daughter because she was just next door so I asked for it to be documented he told me yes but when going in and asking for these reports they're not even in their system. Athens County Sheriff's Department failed to report child abuse, they failed to provide equal protection, as well of defamation of character, several deputies and other employees of Athens County Sheriff's Department had several times had treated myself and Emily in a way that we felt discriminated against causing intimidation to me and my children by making threats to us why we're calling for their assistance. All of this has caused trauma for myself and my children my mental health has declined my kids now suffer from PTSD and myself due to these situations. I feel had the Sheriff's Department acted in a proper and timely manner and had protected me and my children my daughter possibly would not have had to sustain the amount of sexual physical and mental abuse that she did at the hand of her perpetrator if they would have actively investigated from the very first report.

2. Athens City Police Department on December 13th 2021 Emily haven't picked up on a separate incident when arriving at Athens City Police Department I was greeted by Officer Frank Brandau in Ross Holter. Officer Brando had attempted for 11 minutes and 43 seconds at least to coerce me into giving Emily away to her grandmother in Columbus and when I had continued to refuse to do that because Emily's my daughter he then decided to talk a piece of paper at me and said I see you're not going to cooperate with me so I'm charging you with failure to support. Officer Holter was also right there during the whole time he never attempted to stop the coerce he never attempted to interfere he never attempted to report anything about the way I was being coerced by Officer Brando. I had spoke with Athens County Courts shortly after this incident had taken place I was told by them that they had viewed the video footage of me coming into the Athens Police Department and that what officer brand new had done was very unprofessional very inappropriate very illegal and that proper action was being taken but they refuse to give me the video footage and told me not to worry about that and I still ended up going to court for failure to support which is over not picking my daughter up from the police station, but in fact I did show up to pick her up but was still charged with this still had to go to court still had to plead out and still ended up getting a disorderly conduct for this. Athens City Police Department has caused myself and my daughter Emily the rest in the situation and intimidating myself and her while she was there alone with him. They also have failed to provide equal protection under equal protection rules and have also deprived Liberty of due process.

3. Athens County Children Services I've been contacted by me making reports about all of the abuse that happened with my daughter and all of the abuse that happened with both of my sons at the middle school. The reports through the middle school were nothing was done about them I never heard another thing about them at all, when calling to report the abuse with Emily I was told by Mandy Knowlton Kane that she would not be taking any report from me about the abuse Emily had sustained that if it didn't come from Emily she didn't want to hear about it. She had them close the case I was not sent a proper notice of closure and the sexual abuse allegations were not investigated. I attempted to contact Otis Cochran regarding the abuse allegations I was told by his secretary that he does not speak to anyone from the public and I asked for a grievance form to file I give my address and was told that the report would be in the mail in 2 days when I go to get the mail the only thing that was in there was a policy on what the rules and regulations are on filing a grievance against Athens County Children Services. When attempting to call back after this I was hung up on six different times by Athens County Children Service employees answering the phone and telling me that they do not take reports over the phone and that someone will return my phone call but that never happened. After this incident Carly Ferguson was then assigned to my daughter Emily after I had reach out to several different Athens City officials including the Sheriff's Department, the police department, Athens County Children services, the adolescent mental health facility, the juvenile court, the Common Pleas Court, and Emily's temporary diversion officer Tyler Barrett had taken my report seriously and he had personally went to the Sheriff's Department and Athens County Children Services having them understand how serious the situation is and it wasn't until he went there that then they decided to open a case back up assigning Carly Ferguson to the case. Athens County Children Services failed to report child abuse, they've tampered with evidence, they have neglected, they have failed to provide equal protection for myself and my children. The complaint against me she claimed the kids were on the verge of removal & I refused to cooperate w/ their agency, false allegations

4. Jennifer Williams employee at the Athens County Sheriff's Department was the detective assigned and the sexual assault allegation case with Emily and Doug Miller after Tyler Barrett went to them to report these allegations. She had taken a report and been very helpful at first and during the first interview making the impression with Emily that she's going to do everything in her power to make sure that Emily and Aiden are okay giving Emily false hope for things with Emily after this Emily and her boyfriend were in hiding for fear of their lives no one knew where they were at they failed to put out a missing person's report for Emily, but they had put one out for Emily's boyfriend Aiden Miller when I asked Jennifer why was there a report put out for Aidan Miller 3 hours after he was missing but Emily was missing for two and a half months and they didn't do anything about it they wouldn't even take a handwritten report not even a document stating that I had showed up to report her missing. Jennifer responded by telling me I can't tell you why some cases are more important than others and I can't explain why human beings do the things they do, I told her well what makes Emily less important than Aiden or Aiden less important than Emily they're both two missing teenagers who have had their lives threatened because they were sexually assaulted by Aiden's parents and Aiden's siblings and she said I don't know I can't answer that. She also told Carly Ferguson from Athens County Children Services that when she had interviewed Emily that myself and Emily had both refused for Emily to go have a forensic interview done at the Child Advocacy

Center. These were false statements I didn't even know what a CAC interview was at the time I had never been told about it had never been offered it and neither had Emily. And every phone call made almost every day by myself or Emily to Jennifer attempting to find out an update on the case she never answered the phone she never returned a phone call for almost a month straight until I had drove into the sheriff's department with Emily we went inside set for 30 minutes or longer waiting on Jennifer to show up we were taking into an office with Jennifer and Captain Brian Cooper we were told that there wasn't enough evidence on the case to prosecute and that was it. When Emily asked Jennifer why she hadn't answered the phone or returned a phone call for the last month when we had been calling every day and leaving voicemails Jennifer then told Emily that she was a liar and so was I neither one of us have called other than one time she returned that call with an update on the case got my voicemail and she never heard from us again. I then also had found out that both of my boys had also sustained sexual physical and mental abuse from The Neighbors when telling Jennifer Williams this she responded with if we need their statements then I'll be in touch with you. She failed to provide equal protection. And I feel like we were discriminated against. I don't want to do that with the Sheriff's Department.

5. Carly Ferguson Athens County Children Services employee was assigned to the case the first time talking to her I attempted to explain everything that had been being filed on Emily's behalf for all the assault s that she had a sustained she then kind of pushed that to the side and stated she was concerned about Emily's Mental Health and everything that had happened to her and that she was only here to offer her services to help me get Emily Mental Health or anything else that she needs. Second phone call with Carly Ferguson was Carly telling me that I was a liar and so was Emily and that by myself and Emily telling Jennifer Williams that we were not going to go get a CAC forensic interview done that it raised High concerns as to whether the allegations that were made were actually true or false. I then explained to Carly that I didn't even know what a CAC interview was could she tell me what that was and that it was never brought up to me or to Emily we didn't know anything about it had we known about it that way would have went and done it she just then continued on to say well you refuse to have it done by Jennifer Williams. On a third phone call with Carly Ferguson I had reported that both of my boys had sustained sexual physical and mental abuse from the Millers along with Emily, Carly then responded with well let's set up a time and a day to come to your house so I can talk to them about the situation and it's okay I'm not going to judge you cause your house is dirty or for anything that's going on in your life right now I then asked her why would you tell me that you're not going to judge me for my house being dirty or anything that's going on in my life right now when you've never been to my home you've never seen my children and you've only talked to me a few times on the telephone. She responded with well I just need to come out and make sure that they have beds and they have these other things that they need after her telling me that there is not a case open on me and that they cannot do anything to help me because I'm not the perpetrator on the case it is open on the kids but not on me. The boys were scared that day to meet with her at the house and disclosed to her what had happened I had called her and left a message telling her that we wouldn't be meeting with her that day the boys weren't comfortable enough doing that I didn't hear anything so a few days later I had been in town talked to the boys they decided

- 4

that they would go ahead and talk so I went to the Athens County Children Services building ask for Carly Ferguson she came out and I told her the boys were ready to talk I wanted to bring them in so that she could talk to them she then looked at me and said well I don't do that I'm not the one that interviews them and I said but I thought that that's why you were coming to the house on Friday she then in return said no no no no it's not me that does the interviews and I responded with well who does she said well I do. After asking her to clearly explain to me what she was trying to tell me she then told me that the boys had to go to the CAC interview and Ross County or in Columbus I then looked over at Emily and I told Emily, Emily do you want to go get this done, Carly interrupted and said no Emily you don't have to go do this there's no reason for you to go do this it's okay you don't have to worry about it I looked at Emily and I said Emily she's the one that said that Jennifer Williams told her that you and I had refused this interview which had raised High concerns on whether or not the allegations were true or false. Emily then responded with yes if this is if this is that situation yes I want to go and I told him I think that would be a good idea Carly attempted to talk Emily out of going to the forensic interview for several minutes until I had stopped it and I had told her okay I'll be waiting on your phone call for it to be set up. I had made several reports in the weeks after this about the Millers the harassment the present assault that was going on on myself and my children to Children Services and to the Sheriff's Department both Carly Ferguson and the Sheriff's Department did not take my report seriously I have been laughed at I had been told what was I doing to cause these things or these people to do these things to me and my children. Neither agency went out to investigate the Millers who are all adults who had been actively assaulting harassing intimidating myself and All My Children no charges were filed even after the Millers had physically assaulted Emily and my son Colton who are both under age even after I called Carly Ferguson and told her that the sheriff's department was hanging up on me while my children were being physically assaulted by the Miller family in the middle of the road and could she please call and make a report to try to get some charges pursued. Emily and both of my boys were taken to Ross County child advocacy center for forensic interview after leaving the interview a week or two after someone had sent a post to me that the Miller family who are the perpetrators of assaulting my children had posted on social media word for word what my children had disclosed to the CAC interviewer and Ross County I called Carly asked her why what my kids had disclosed to the Ross County Child Advocacy Center that the perpetrators know word for word what was said about them buy my children which was also at the same time reporting the physical assault Carly responded with I don't believe that and until you show me proof I don't want to hear about it. After reporting all of this too Carly, I had decided that my children were not safe anywhere at this point I had to leave my home and every place I turned to seek for help no one was providing equal protection for myself and my children I then fled to a battered women shelter which is confidential. Then she then went to the Athens County Juvenile Court 2 weeks after I had attended a court hearing gor emilee in a separate matter and after she had received notice of this current civil action towards ACCS and had told the judge I was running and wouldn't cooperate with her or ACCS and I was "FORCED TO DISCLOSE ON RECORD IN A COURT ROOM OF 10 OR MORE PEOPLE AND AFTER SHE HAD LIED ON MYSELF AND CHDREN AND AFTER I TOLD HER MYSELF AND MY CHILDRENS LIVES WERE AT RISK AND SHE WASN'T TAKING IT SERIOUSLY, I NO HAD TO DISCLOSE MY SAFE LOCATION TO THIS WHOLE COURT

ROOM ON RECORD EXPOSING THE WEREABOUTS FOR MY CHILDREN AND MYSELF ONCE AGAIN" and filed false documentation 2 weeks after disclosing this information to the court on record on me defaming my character accusing me of not providing adequate and safe housing for the children being on drugs, accusing me of not providing my children with adequate education, Mental Health Services, not keeping them safe, not having them properly educated, also saying that I needed to seek drug treatment, drug counseling, I needed to learn how to keep my kids out of unsafe situations, wanting me to disclose my current address at the safe house to her, false accusations saying I was evicted for my home for non-payment of rent which are not true, she stated I allowed my children to have dangerous delinquent Behavior leading to Emily's charges when in fact all of the charges Emily had received was in an attempt to get help for the abuse she was sustaining safely without putting herself the other kids or me and our lives at risk, and the assault from the Millers on Emily and Colton was something I had reported to Carly she then in return took everything I had been reporting to Athens County Children Services since February 20th of 2021 until June 9th of 2021 and had turned it completely on me making all these accusations. Also in all these false reports she made to the courts she failed to mention that all of these allegations she had received about my children were made from me reaching out for help for my children and she also did not state in her false claim to the courts that my children had sexually, physically, and mentally been assaulted by the millers and that was the reason for myself initially reaching out for help . Also she had stated several times and even up thru this court hearing that I DO NOT HAVE A CASE OPEN ON ME! She has failed to adequately perform her job to protect children but instead has neglected and abused them and caused more trauma for myself and my children. By that she has failed to provide equal protection for me and my children, we've been forced to disclose a confidential Battered Women's and Children's residence where we had to flee to she's tampered with evidence, she has not filed the proper documentation failing to report child abuse neglect, failing to investigate, defaming my character, and not providing proper services that her agency offers. All of these things that were done did not start until Carly Ferguson and Athens County Children Services had found out about the Civil action against them. I feel I've been discriminated against and I'm being retaliated against and my children and that we're all being discriminated against for being low income and me being a single parent.

6. Mandy Knowlton-Cain employee of Athens County Children Services was the initial worker assigned to the case to investigate the allegations that Emily had made towards the Miller family. She opened the case attempted to talk with Emily a week or so later Emily and her boyfriend had went missing they were scared and On The Run hiding for fear that someone were retaliate for them coming forward with the allegations. After Emily went missing she was contacting me daily by phone I was attempting to keep in contact with Mandy, Mandy refused to take any reports from me, she stated that my word was just hearsay and that unless Emily reported this herself there was nothing further she could do ending that phone call and not hearing from her again no kind of letter no nothing. She failed to provide equal protection, she failed to report child abuse and neglect, she failed to provide the right documentation to get the case investigated.

7. Crystal Allen victims advocacy employee for Athens County Sheriff's Department. During the whole time from February 20th 2022 through June 9th 2022, I made several attempts to reach out to her I think I had left a total of seven different voicemails with her and I had made two in-person visits to the Sheriff's Department attempting to get help or find out where I can be directed to get the support I need for Emily and the assault that she had sustained Crystal Allen specifically works for the sheriff's department handling cases like this she refused to see me while I was there, and out of all the phone calls had never returned one. Upon leaving all the messages with her I let her know what had been going on what have been happening all the physical mental sexual assault that Emily had sustained and still never received a phone call in return. She failed to report child abuse,

8. Frank Brandau officer at Athens City Police Department, he had called me asking me to pick Emily up it took me a little while due to some vehicle trouble and some things that had happened when I had got there he attempted to coerce me for 11 minutes and 43 seconds telling me that I need to give him Emily away give her her grandma her grandma was in the parking lot after continuing to refuse and asking for Emily he then slid a paper towards me and said I see you're not going to cooperate with me so I'm going to charge you. I was charged with failure to support which in return got lowered to a disorderly conduct but still now has led to a charge on my record. Him intimidating me and attempting to coerce me into leaving my child at the police department and when I don't he charges me with failure to support and in the complaint it states that I did not return to pick Emily up but that I did show up to get Emily. I also attempted to stress to him all the concerns I had with Emily he felt to report any of those while he was using intimidation and trying to coerce me.

9. Ross Holter officer Athens City Police Department was a witnessing officer to Frank Brandau causing intimidation and attempting to coerce me for 11 minutes and 43 seconds he did nothing to intervene it was not reported to any superiors he didn't attempt to provide for me equal protection in depriving me of Liberty due process.

10. Chris Tomsha employee of Athens County Sheriff's Department. He had been the responding officer on a call that the Millers attempted to file some kind of charges on Emily after hiding her there he showed up at my door very rude very unprofessional telling me he's tired of this s*** and something's going to get done about it. He then continued on being very loud and aggressive telling me that the evening before that I had been somewhere had done something and in an in an attempt to explain to him that I had made several phone calls and that I had it on video what the neighbors had been doing to me and the kids and that no one would come out for help for us and that when I went down the road that they had followed and then when they went by they had called and said some things about myself that were untrue and I had all the proof he told me he didn't care he was sick of it and he's done dealing with it he was very aggressive with Emily and talking to her. This was the first time I had ever met him or knew that he had ever had anything to do with any of these phone calls with Emily and he said he was sick and tired of coming out to the house there's two or three chairs on duty at that time and that two of them are at my house and it's stupid and he's sick of it and if somebody doesn't stop calling and making reports that he's going to get me for inducing panic and he's

going to charge Emily. I had attempted to explain to him that this has been going on for quite some time I don't know what the background story is to it I've been trying to figure it out but no one's willing to help that you know that she had been over there at their house and then she had been abused by them and that this was going on and this was probably just another incident that they had made a threat to her to get her there and then when they were done they had left Emily then had broke down had a panic attack anxiety went up he called Emily a liar told me I was a liar we were making things up about the Millers. He had made the comment to Emily does Emily want to turn out like me and live in a town like Athens and like all these drug addicts and criminals . On June 9th 2022 both of my minor children Emily and Colton had been physically assaulted by Nikki Miller and her son Trey Miller who are both adults they had a knife during the altercation I attempted to stop it while attempting to make several phone calls three to the Sheriff's Department attempting to get help I was hung up on three times. I went down the road after the altercation attempted to call three more times and was hung up on three more times. I then had called several times over the next two days attempting to make some kind of report of both of my minor children being physically assaulted by adults. I was never able to make a report or even speak to anyone over this physical altercation and the injuries both of my children have sustained that's when I had reached out to Carly Ferguson asking her to please follow up with the Sheriff's Department to get a report made and some charges pursued. For almost 2 to 3 weeks after this incident I never heard a thing no one attempted to help me or my children and then we're sitting and my phone rings and it's Chris and several other folks in the background laughing, Emily had answered the phone and had it on speaker a lady had first started to talk then she had stopped then Chris told Emily where's your mom and Emily said that I was busy at the moment he then started laughing at Emily and he said" why is your mom running around town telling people that we didn't answer the phone to her and take a report and Emily said because you guys didn't he said and when was this and Emily said June 9th he said she attempted to call you why they were physically assaulting me and my brother and she kept getting hung up on they continue to laugh at Emily on the phone I told him to hang up they then proceeded to call back two more times after this with me declining the phone calls. Chris doing all these things he had intimidated Emily and myself extremely bad to the points of both of us crying upset shaking he had us believing that we were the ones in the wrong, he failed to report child abuse and neglect, I felt he was discriminating against me for being a single parent and low income he failed to protect equally, and depriving of Liberty due process.

11. Ross County Child Advocacy Center is who Emily Colton and Jackson were sent to get forensic interviews done by Athens County Children Services. When I had found out what the kids had disclosed to the Ross County Child Advocacy Center I contacted them asking who their videos got released to in Athens County and who they talk to they in return told me that the only person that got any of the information from any of my kids' interviews was Jennifer Williams of Athens County Sheriff's department and accs. I then went on to explain to them that word for word what my children had disclosed to their Center and not even to me as their mother was being posted on social media by the perpetrators and their family and how would that even be possible. I was told that the only person that got any information on the kids' interviews or that viewed the tape or that they released anything to was Jennifer Williams at

the Sheriff's Department so I told them what do you know if it was shared anywhere after that or whatever she told me she don't know and I said well where can I go from here to figure out how this ended up happening I had explained to them at the initial interview that I was having some trouble with Athens County they were aware of that she told me that she didn't know what I should do but that she would find out and contact me back and she never did and also the kids had a follow-up medical appointment with their Center that no one notified me of and my kids missed that medical appointment after the forensic interview and so when I had attempted to contact her and ask her about who the videos of the kids' interviews went to she then told me that I could not reschedule the medical interview with the kids that it had to be Athens County Children Services and she was going to go ahead and get off the phone and call them. I never heard anything back nothing they have failed to equally protect me and my kids and failed to make the further reports for what had been going on with my children.

12. Greg Poston employee of Athens County Sheriff's Department, had showed up on my home at 10203 Alderman Road on April 5th 2022 around 9:30 10:00 at night. I woke up the next morning had notifications on my phone from my cameras at my home upon clicking on them it Greg Poston pulling in my driveway going around my vehicle going up underneath the left fender I don't know if he was putting something under there if he was looking for something I don't know what was going on this one on for a minute or so or longer and then he proceeded to back out of my driveway like he was going to leave then pulled forward a little bit back into the driveway stopped his vehicle got back out and went back to the left fender on my car. Upon seeing this I had contacted the sheriff's department asked him who was dispatched 10203 Alderman Road the dispatcher at the Sheriff's Office had told me that there was no officer Deputy dispatched out to that address the night prior and then I asked her well why was there a sheriff out here going through the car attempting to go through it on my property nobody knocked on the door no one had done anything she then told me that there was no officer out there doing that so I told her why I was uploading the video so they could have it and the video never ended up being able to be uploaded no one would take a report about it and I was hung up on. He came on my private property and my home I don't know what else went on the little bit of footage I have shows him looking like he was placing something up underneath the left fender this was also shortly after filing the initial clean through Athens County I feel like this was retaliation against me

13. Otis Crockran director of Athens County Children Services had refused to return phone calls meet with me communicate through emails properly guide me through filing a grievance form or getting the kids' case investigated. When I contacted children services and reached Mr Cochran's secretary Tara Begley- Hoops she had informed me that Mr Cochran does not speak to anyone from the public directly and that's whatever I needed would go through her failing to provide equal protection for myself and my children failed to investigate and Report abuse allegations that were made to him, I was discriminated against for being low income, myself and my children have not been treated equally, I've been retaliated against by him and his agency with all the claims that have been made.

14. Tara Begley-Hoops Athens County Children Services employee had told me that she was going to send me the paperwork to file a grievance in the policy for filing a grievance because I could not speak with Otis Cochran directly he doesn't meet with public individually. She also insisted that I go back to Carly Ferguson let her handle the situation even after informing Tara that I was filing the grievance against Carly for failing to protect my children and making false allegations towards me, I also informed Tara that I had went through the proper channels from Carly to her supervisor to now Tara attempting to get a hold of the director, she's still very insisted on me going to Carly Ferguson over these things but said that she would mail the grievance out and days later I received the letter in the mail from Athens County Children Services opened it up and instead of it being the forms to file a grievance under me being discriminated against not equally protected with my children deprived Liberty due process and many others it was a policy on rules and regulations on how to file a grievance.

15. Jennifer Moore Athens County Children Services employee was assigned to my daughter Emily's boyfriend Aiden Miller as a supervisor over Mike Wells on the case. Jennifer has made several threats to myself and to Emily telling both of us she will file reports on us she's filing no contact orders for Emily's boyfriend whom Emily turned herself in with to seek safety away from his family. She has made threats directly about the children going back with the family if they don't say what she wants them to say or do what she wants them to do, there's been threatened me threats made to Aiden regarding going to school. Myself and Aiden have both advocated for Aiden Miller to Jennifer Moore about Aidan's trauma about his safety and his family being located all over the county and that he's a high risk of running into family members if he attends school if he goes to the store she then in return told Aiden she was going to put him in jail if he didn't tell her what she wanted him to tell her about his family, she threatened to put Aiden and the mental health facility if he didn't do this, she threatened to keep myself which is the only person Aiden has to Advocate on his behalf I've been the one to take care of his doctor's appointments and different things over the last couple years I had just to her several times that her telling Aiden if he doesn't say what she wants him to say she's sending him to school and he's going to take the chance on running into a family member is causing more trauma to a child that's just suffered sexual physical and mental abuse. She done this for several months from April till well in June and then when I called to report the physical altercation of the adults in the Miller family against Emily and Colton my kids she then in return showed up at this court hearing that Carly Ferguson filed false claims on attempting to come in and file false claims that I have taken Aiden from the foster home he's been in a vehicle with me. She also has informed Aiden that she's friends of the family and that she will make sure that Aiden doesn't see Emily me or anyone else. Jennifer Moore is supposed to protect and help children and families instead she's failed to provide equal protection, she's failed to properly investigate a situation, it's a conflict of interest with her being close friends with the family and letting a child know that's in foster care that she's close friends of the family, all the allegations that she has falsely claimed against me has defamed my character and has discriminated for me being low income.

16. Mark Wells employee Athens County Children Services. Jennifer Moore is his supervisor instead of him reporting all of the abuse that these children have sustained, he's been present for all of these threats being made by Jennifer because of her Authority role and the profession that she has. He has failed to report child abuse, neglect, conflict of interest, he's failed to provide equal protection.

17. Ron Hawk employee at Athens County Sheriff's Office had attempted to come upstairs ask me if I was here with Gezelle Guillard to file a civil claim against the county when I had stated yes Ron had told me in foul language that I could take my things and get out I wasn't going to file anything there as long as he was there and that he was going to go across the hall and physically personally remove Giselle, when I had attempted to tell him that my two young children who are 9 and 3 were sitting with her in the library he told me to shut my mouth and leave or he's going to put me in jail I told him those are my children she's watching he still proceeded in yelling and screaming at Giselle stating Giselle better have some respect for him being extremely aggressive in front of my two children intimidating my 3-year-old to get behind Giselle and my 9-year-old in the front of her 10 times on holding on to her saying you're not going to hit her leave her alone she didn't do anything crying. Giselle had stated I'm not here doing anything other than filing paperwork I haven't said her done anything I'm watching her children while she files her paperwork he didn't in return said you're bringing trash in just like you and started laughing at the both of us in front of my children telling us we were trash we weren't going to get anything done he thinks it's funny how people like us think we can get anything filed against anyone in this County and that we weren't allowed to file nothing and we needed to take our things and get out of the clerks office at the courthouse. He acted in duress at the courthouse causing intimidation to myself and my children trying to hinder me from filing my lawsuits depriving me of my Liberty due process discriminating against me because I'm low income and racial profiling my children and i.

18. Candy Russell Athens County Clerk of Courts employee. Also along with Ron Hawk had told me to leave she wasn't filing my paperwork she didn't have to do that who did I think I was to go file any paperwork against the county and her office she was stamping things and properly or refusing to Sampson. In an attempt to go in and file paperwork if she wasn't at the window she would walk up to the window at the very aggressively intimidating didn't know what was going on she also left thought it was funny that we had no clue what was going on. She was very refusing to notarize papers she attempted along with several other Clerks to hinder me from filing my complaints of violating My Liberty due process.

19. Athens County Clerk of Courts are responsible for hindering me from filing my lawsuits, not properly stamping paperwork, an intentionally Miss filing my claims and an attempt to get them dismissed. Violating My Liberty due process.

20. Kara Bolin Athens City School District employee principal of Athens Middle School, called me before the 2021-2022 school year started telling me that I need to enroll Colton into a program called the reach which is a school-based program for troubled youth I had to explain

to her that she had never physically had Copeland school at this point she had never met him didn't know what kind of child he was and that he definitely did not qualify for this program. Within the first month of School Colton had came home several times along with my son that attended the same school and two of my other children claiming that they had been being bullied and the lunchroom and the classrooms by students and teachers and by Kara. I had teachers calling coins stupid and he's in an IEP class Kara told me that Colton was a liar and all she was concerned about was the remark that he had made to the teacher after the teacher had called him stupid for asking for help on his work . Another incident Colton was surrounded and poked with a knife in the stomach at school I made contact with Kara I was told Colton was a liar there was nothing like that told to her I told her of course it's not going to be told to you Colton is scared of you and he doesn't trust me from what he's done. I called me saying that Colton had left the building and she called Athens City Police when I had a ride the officer that was at the school was questioning Colton wanting to know why he had been skipping school I had to have been interrupt and explain to him that Kara had put him out of school for quarantine so I wasn't sure why she was saying that he was skipping school she was standing there and when I asked her she had no explanation but went on to say that one was acting erotic and out of control going to interrupted and said you put your hands on me and try to pull me back into the school and I told you to get your hands off of me and I asked you to call my mom several times and you refuse to let me call her. and that he was acting out of control School started off there was a lot of covid regulations at the beginning Colton and my other son had a friend put out of the school quite a few times for covid regulations within the first 3 months of school and during one of these incidents she had called my grandfather told him Colton was in contact with someone who had covid and that he needed to quarantine for 10 days and that she also needed to know who else Colton had been in contact with so she could have them quarantine my grandfather had then asked her well what about my other grandson that goes to the same school as Colton are we supposed to keep him home and quarantine him she said yes whoever's been in contact with Colton needs to be in quarantine. I then kept all four of my children home for 10 days. My son was assaulted more than one time on the school bus and in the school physically his phones were stolen another phone was taken installed on she failed to follow through with any kind of formal investigation as to these children or to her staff the IEP teachers physically and mentally abusing Colton and taking the only phone he had for his protection and stomping on it. She failed to protect my son she has changed reports and different things tampering with evidence. She forced my son to speak with her even after he told her he was scared of her. She attempted to drink another phone out of my son's hand after she had grabbed him by the back of his shirt trying to stop him from walking away from her. She has made comments to me about me being a single mother low income discriminating against me. She calls extreme anxiety and fear into my son about who he can go to at the school. I even had a meeting with Kara and Steve and Kara was not supposed to be handling anything at all anymore with Colton, she also was not supposed to contact me anymore do to all the false allegations she's made against Colton the meeting consisted of Steve Roach being cold and safe person to go to and yet she's still continued to do that. During an IEP meeting we were supposed to have it was supposed to be about Collins education plan and about a safety plan for him because all these things were happening and he was being extremely bullied when I got to the IEP meeting she did not want to talk about

anything other than how awful of a person my son was. The boys were transported on a bus to school one morning there was an assault on Colton On The Bus by another student that had made several threats of slicing Colton's throat or killing him which are also reports that Kara felt to report to Children Services but does other students got up jerk Home's phone out of his hand started stomping on it on the bus punching and hitting pulling in the heading in the face Kara called me and told me that coin should not have had his hands on the back of the seat and the girl would not have got up and broke his phone which is also the same girl that stole a phone prior to this that she never properly investigated. When I ask Cara and Steve for a copy of the video footage from the bus or to be able to see it Kara told me that would not be possible because the bus that she was transporting my kids on did not pass inspection the cameras and other things were not working properly on it and she couldn't provide that to me at that time, I asked her why were you transporting my kids and other students on a bus that had did not pass inspection she had no logical answer for me I then in return had told her in front of Steve Roach that I wanted my boys to be sitting at the front of the bus with an assigned seat along with the other children that these threats and allegations were being made from and Care responded with do you want me to make sure that I moved Jaxson and the seat with kolten so he can protect him Jaxson is my other son. I asked her why would one of my sons need to protect my other one isn't that you guys' job to be doing this she responded with yeah but we're not on the bus so we can't control what happens so it would probably be better if Colton set with Jackson to protect him. Another incident that happened Melanie McGrath which is one of the teachers that Colton had one day as a substitute, Colton had his hand raised for a minute or two attempting to get help with the paper they were working on Melanie ignored him went on to another student another student then spoke up and said that Colton had been asking for help first so that she can help him Melanie replied with I'm not helping him he's a stupid idiot and that's always going to act like he's a stupid idiot when I reported this to Kara she told me that it was not the teacher's fault that the teacher was saying something in the class was stupid not Colin and that when Colton responded and I started to act out because of being called stupid in front of the whole class that it was inappropriate and that she was going to suspend him for it. Another incident with Chris Newman who is also Athens Middle School teacher, Colton had attempted to walk into the classroom upon entering Chris Newman looked at Colton and breathed hard and said oh my gosh here we go again half the deal with you today so you can just come in sit down don't say a word don't even ask for help. Both of these incidents Cara failed to provide equal protection for my son failed to report child abuse and failed to investigate any bit of it. I also had reported to her several times that a substitute teacher which I never received the name of and several students were calling Colton white trash a cracker a honky Kara and return told me that it wasn't racist even though the children that were doing this were of A different race but that calls in was acting like trash so that's probably why they were calling him that. I contacted CPS the Sheriff's Department and the police department during these periods of time I was told there's nothing I can do and needed to be taken up with the school I had reported it to the superintendent of the school district Tom Gibbs I had also reported it to Steve roach who is the principal at the middle school Kara is the assistant principal. She has caused extreme anxiety, fear, insecurities and my son who already has trouble learning to ask for help. Care has failed to follow proper protocols and procedures pertaining she also is the

one that gave me the information on the homeschooling for Colton and the rest of my children she told me I don't know if you have a high school diploma or not but I don't have one and in order for you to homeschool your children it has to be someone with a high school diploma but that the state of Ohio cannot require you to provide that so if you can read between the lines this is what you need to do. This was her answer when I had called about possibly sending both of the boys back to school, instead of her or Steve Roach or Tom Gibbs setting up a safety plan like I had requested and attempting to do things properly with my children to keep them safe and for them to stop being bullied no one had any answers or responses other Kara go home school them. She discriminated against myself for being a single parent and low income she discriminated against my children for being low income she fell to provide equal protection failed to report child abuse she has tampered with evidence and made false reports with the police department about my son. As well as depriving Liberty of due process.

21. Steve Roach Athens City Middle School principal was aware of everything going on with Colton and how Colton was scared of Kara Bolin and how she had failed to follow proper procedures and protocols, she failed to protect my children, he sat in on several several meetings and phone calls even in the one where we had decided that she would no longer have any contact with Colton Steve was supposed to be Colton's safety plan for calling to go to him when things were wrong he failed to do that. He failed to report the abuse, he failed to step in during any situation when Kara had made threats about suspending Colton for things that were other students or teachers fault. Colton was removed off the bus one morning by the principles from the high school because of a fight that had occurred on the bus with one of the students that had been making the threats, Colton was not involved in the fight but was removed and left out the high school and for two weeks straight I called everyday to the Middle School and to the superintendent's office Tom Gibbs, to attempt to try to figure out why Colton was removed off of the bus when he wasn't even involved in the altercation but I was told when I picked him up he couldn't return to school until I talk to someone by the high school principals and I went to full weeks and finally had to take off of work and drive into the the school to figure out why no one had called me Steve roach and Kara Bolin neither one could give me an answer they didn't know why colon was removed didn't know why no one had called me didn't know anything and that was their answer was I don't know. Kara proceeded to say well it was the girl that stole his phone is who the altercation was with and I said but Colton wasn't involved in it so why was he removed well he was involved in it he was saying and doing things and it was his sister and I said well why is no one contacted me to let me know let me know what consequences he had if he did do something and Steve interrupted and said no no everything is okay I'm sorry I'm the principal she is the assistant principal it should have been me contacting you but I wasn't even aware of this situation. Steve was also notified about the incident of Colton being surrounded and poked in the stomach with a knife being threatened to bring children Vapes to school and money and if he didn't they were going to cut him, he was there when I made the phone call into the school when Kara had said that Colton was a liar that never happened there was no footage and no cameras, he was there the day that Kara had put her hands on Colton pulling his shirt from the back to stop him from getting away from her because he was scared he also was well aware of

Melanie McGrath telling another student that Colton is a stupid idiot and that all he's going to do is act like a stupid idiot so she's not helping him, he was also aware of the situation with Chris Newman making a comment about Colton coming into the classroom oh my gosh you're here I'm not dealing with this today and he's also been there for every other incident that has occurred with Colton through the first half of the year and him being Kara's Superior he should have took action immediately an implemented the safety plan I'm requested for Colton . He failed failed to report child abuse he failed to provide equal protection under equal protection laws as well as the driving Liberty of due process.

22. Melanie McGrath employee of Athens City School District and ignored my son during class while he was attempting to raise his hand for help on a paper for more than a minute or longer instead of answering him or asking what he needed she moved on to another student that student in return had to tell her Colton had his hand up first you should help him before me. She then told this other student I'm not helping him because he's stupid and all he's going to do is act stupid and I'm not helping him and everyone else in the class needs to ignore him if he acts like an idiot. I reported this to Steve roach, Kara Bolin, Tom Gibbs, Children Services, Athens County sheriffs office, and Athens Police departmnt.. the roach and Kara bowling neither one took action or reported the child abuse. Tara told me that cone wasn't raising his hand for help and he was raising his hand to go to the bathroom and that he was acting stupid and she was telling him to stop acting stupid she wasn't calling him stupid and she also refuse to let Colton use the phone to call me or her call me and Steve Roach did not follow proper procedures and protocols for this situation and he also was not implementing the safety plan we had for Colton about Kara not being alone with Colton. This teacher has caused severe mental anguish on colon she is a teacher of a classroom of students who have learning disabilities and yet she is profiling my son calling him stupid when she is specifically trained to teach children with learning disabilities. She has discriminated against him for his disabilities, she failed to provide equal protection under equal protection laws, she was abusing him, threatening him, not following the safety plan we had for Colton depriving Liberty due process.

23. Penny McDowell principal at the plains Intermediate Athens City Schools was my daughter Aubrey's principal Aubrey has been out several times due to covid protocols and an attempt to reach the school and Penny and the teacher from the very first meeting ever a comment was made to me about myself being a single parent with my kids that they're not accommodating my child for being on covid quarantine that if I can't handle being a single parent with my children and getting them to school when they want them there then maybe I shouldn't have children. Two times after this I had showed up to the school to pick Aubrey up one time she was nowhere to be found couldn't find her she wasn't out front wasn't out back went in the school no one knew where she was at a few minutes later eventually had ended up finding her they had sent her over the walkers on this side of the school it's down over Hill which Cuts back into a set of ball fields onto a bike path when I have found Aubrey she was standing alone there was no teachers no one around she's 9 years old this area isn't the best of areas and anyone could have taken her at any point in time and easily went into the woods on the bike path and no one would have seen her. This time I had called the school asking for

her to be kept inside cuz I was picking her up instead of her riding the school bus  the second time Aubrey was supposed to be picked up I had got to the school she wasn't out front out back wasn't on the school bus was nowhere to be found for 20 minutes upon going into the school requesting to speak with Penny she had told me she didn't know where Aubrey was and she didn't know what to tell me I then got upset and had told her it's my daughter how do you guys not know where she's at you're the school principal that just happened at least twice now why does this keep going on her answer to me was I don't know. The third time I had to call the school tell them that I was picking Aubrey up that day but that I had an emergency with a family members children that were at another school and that that school had got out the same time so I would be maybe 5 minutes or so getting Aubrey the secretary at the school at this time had been very argumentative with me refusing to keep Aubrey inside telling me she didn't have to do that she was going to send her back over the hill I explained to her that I had already told Penny that Aubrey was not to be released over that Hill anymore that there was not adults out there even though she cleaned there was and that it was back in the cut of the woods a bike path ball fields where anyone could possibly pick her up the secretary told me she didn't didn't know she could do that and this went on for a few minutes she then had put me on hold without letting me know and then Penny had got on the phone, when she had gone with them she said hello this is Penny McDowell what do you need and I said I would be 5 minutes or so late getting Aubrey could you make sure that she's kept in the office I have to pick up some other children from the East building that we're getting out at the same time she questioned why I needed to pick Aubrey up why did she need to keep her I had to explain to her please do not send her over the hill I told you before there's no adults over there when I showed up to pick her up she's been this has happened at least twice before where she's not been where we can find and I'm not going to go through this she proceeded to hang up on me. Upon me getting from the East Building to the plains intermediate my phone had ring it was Penny McDowell I answered the phone she said hello toshlyn this is Penny McDowell I'm just calling you to let you know that I "DID NOT" keep Aubrey in the office like you asked me I said why I asked you to keep her there I would be there just a few minutes late and I didn't want her sent over the hill being alone and only being 9 years old. Her answer to me was well you said you would only be 5 minutes so I didn't feel that there was a need to keep her inside, I'm pulling up to the school at this time I show up Aubrey's nowhere to be found she's not over the hill she's not anywhere else I tell Penny I can't find her I don't know where she is I'm panicking at this point asking her where is she where did you guys send her and she hung up on me once again. About a minute or two later I had ended up being able to go around the front of the school had found Aubrey but in the meantime no teachers no principals nobody had came out to assist me in finding Aubrey and they did not keep her there. I had sent emails out to Penny McDowell. She had discriminated against me for being a single mother, and low income, she failed to provide equal protection under the equal protection laws

24. Tom Gibbs and made phone calls just like I had with all the situations with the Middle School I've made contact with him over this situation and I made contact with him a situation with Emily a few months prior to this, I make contact with Tom Gibbs how to offer send out a mass email including Penny McDowell, Kara bowling, Steve roach, Tom Gibbs requesting that Tom have a meeting or figure something out to set up safety plans for my children, I highly

expressed my fear for the kids' safety at these schools and how the principals were failing to train their teachers and failing to have the proper training or knowledge of how to handle these situations with these children I also expressed to Mr Gibbs that my children would not be returning to school until someone could reassure me that they were safe from the being sent out of school Alone by themselves, to the being poked in the stomach with a knife and surrounded being threatened to be cut, by the intimidation from the teachers and the principals, by the abuse from the principles teachers and students and that they would be able to attend school free of fear, anxiety, bullied and they were able to obtain the free education that they were entitled due to us living in America. I also stressed about how much school they had already missed due to all these incidents occurring Mr Gibbs took over a month to respond to an email to me upon the only thing he had to say was I better put my kids in school and if I don't he will file truancy charges on me he wasn't concerned with the fact that the kids were being abused bullied neglected by the teachers principals students anyone he just proceeded with making threats to me about truancy and then truancy then leads to my children being taken. I'm almost done we got to go get Jackson corner of schools about to be out in the next 5 minutes he refused to implement a safety plan definitely was acting in duress making threats about my children to me he failed to provide equal protection under the equal protection laws as well as depriving Liberty of due process.

25. Athens City School District is responsible for all the negligence that has caused all the unfair unequal treatment, excessive punishment, I saw on a minor, defamation of character, intimidation, retaliation as well as causing his anxiety levels to be heightened to the extent that my children are so afraid to return back to school their anxiety levels have heightened extremely, they all are in Mental Health Services and I've been diagnosed with PTSD and anxiety related to all these incidents. Acts were done in duress or emotional duress.

26. City of Athens is responsible for all the negligent acts from the city officials. I attempted to contact the city on a few separate occasions never able to speak with anyone about any situation. Due to the negligence of the city officials it has put me and my kids at fear for our lives that I had to take everything when moving out of my home throw it together place it under a tent it's all now been ruined 2 years of working hard as a single parent we've lost everything and had flee to a battered women's shelter and a confidential location where there's cameras and security systems to hide from everyone and even then they still attempted to retaliate by making false claims through the courts to attempt to take my children because I reach out for help to seek some kind of Justice for the treatment my children have received by the city of Athens They failed to report child abuse as well as failing to provide equal protection as well as failing to protect my Liberty to due process and failure to train properly.

27. Carol Dawson was my section 8 landlord from April 22nd 2020 to June 9th 2022. When the incident had started occurring with these sexual, physical, mental abuse with Emily and I had to start contacting the sheriff's office, Athens County Children Services about h millers and them breaking into a my home and several other incidents I made contact with Carol and forming her with a little bit of information as to what have been going on not fully but some

Carol told me because I was having so much trouble with the Millers they're not people to reckon with and I need to move and this started in November or December of 2021. Carol has been friends the Millers for 10 plus years she lived on the left side of my home and with my landlord and the Millers lived on the right side of my home and were the other neighbors. As things progressively got worse with the Millers they also got worse with Carol. I'm on I had talked with her from November until February or so had let her know about ever report of The Millers breaking into my house the damages that they done about me having to pack up my five kids and I'm roughly leave it all hours of the day and night for the threats that they made and the things that they done to me and the children upon Carroll entering the home for an inspection there check contacted me stating she wasn't going to renew the lease when it was up at the end of April of 2022 I explained to her I was okay with that I needed to move anyways but then the more stuff the Millers did the worst Carol had gotten. She was entering my home on a daily basis all the way through March and April when I had told her that she was supposed to leave a 24-hour notice before entering the home she started doing this every day every day I would come home to a 24-hour notice wouldn't have a Time on it it would have a day we were be there me and Emily I just got out of the shower trying to get ready for the doctors she had opened my front door with her maintenance man after Emily had asked her to give us a few minutes she had opened it up should have been a few minutes came right in with a man while I'm standing and nothing but a towel. I had caught her putting excess holes in the doors have her on video after I asked her to please leave because she was acting erratic in the home Emily was there my cousin had been down for the weekend child pack some things he was asleep in her room she started kicking the bedroom door screaming and shouting get up wake up get out get out get out things like this we're going on on a daily basis for the whole last month and a half I was in the home. I would leave come home something I had fixed or attempted to fix from the damages from the Miller I would come home they would be red damaged and there would be extra holes in the doors. Upon speaking with the Section 8 Housing Authority I couldn't find my lease ask for a copy of my lease so I could take it to Legal Aid in an attempt to try to get an extension because I didn't find a home yet for me and the kids when the Athens Housing Authority had emailed me the copy of the least they had it in fact was not the copy of the lease I had the least I had says $1,000 a month the Housing Authority paid $719 a month and I was ordered to pay her $281 a month plus I paid a first month last month's rent and deposit on top of the HUD office paying this was the least I had the least of the HUD office had said that Carol was being paid in full $719 a month when I had attempted to bring this to her attention she then went and filed an eviction to take possession back of the home. In her claim to the municipal courts she said I owed her back rent and in fact I didn't my rent was paid in full for the full 2 years I lived there, she said that we were living in trash and rubbish that we had damaged the whole we didn't, she also took the lease that her and I had signed before the HUD office had adjusted it and had filed it with her Court documentation so she falsely filed documents through the court when I brought this to the municipal court judge is attention that it was the false lease and that she had been charging me an additional $281 plus the few months that I had to be a little bit late on rent she charged me late fees for it but in fact the least that she signed with HUD was not the same lease so I have been being overcharged for 2 years in an attempt to keep up over my five children's head. She lied said I refuse to let her in the home when in fact she was coming in

the home on a daily basis several times a day on some occasions she caused extreme fear and anxiety for myself can my children if it wasn't her coming in the house all hours of the days and night it was the Millers who used to reside in my home who Carol had defended through this whole thing ordering me to leave them alone and move away after the allegations were presented. She was receiving rent payment from the housing authority on a federally funded program but also at the same time have presented me with the original lease making me assume that my rent was a $1,000 a month I never asked questions and I paid it. She didn't bother to tell me in the 2 years that we had done this that the Housing Authority had changed the lease when she had took it in there and I had to do everything I had to do to be able to keep a roof over my kid's head as a single parent she took advantage of that, misappropriation of federal funding, intimidation, she retaliated after informing her that I was filing a civil suit against her. I also contacted the sheriff's department over her number of occasions they would never respond on mine or the kids' behalf but always responded on her behalf. She has cause extreme anxiety fear trauma to myself and all five of my children on top of taking advantage of the system and us.

28. Southeastern Ohio Legal Services out of Athens County offer a program to low-income families who are being evicted they offer a free attorney that strictly works for the court on these cases to try to facilitate or navigate some kind of agreement between the tenants and the landlord when I received this paperwork from the courts and I attempted to call Southeastern Ohio Legal Services I was told that they're not offering anyone at this time for eviction and I said well the court gave me a paper for you guys she said I don't care what they gave you we don't have an attorney that does that at this time and I said okay well could I please have your name so I can give it to the judge when we go to court so that they are aware that I didn't make a phone call to you the lady said you don't need my name what's your name I gave her my name and I said I just need your name for court she's like you're not getting my name hung up on me I called back another lady had answered the phone I had to explain to her I was just trying to figure out a name so I can make sure I had it for my own records for the court you could please find out who this was so that the judge knows I attempted to obtain the council for court and I also asked this lady just to be 100% sure that they did not have legal counsel available to represent me in court you should also told me no we don't we don't have anyone to represent you at this time toshlyn and when I had asked for her name she laughed and hung up on me so I called back a third time I got a gentleman on the phone I had to explain to him that I had called twice attempting to make contact with someone over this eviction program that they offer can I please speak with whoever the supervisor of the offices he then said yeah well I can transfer you to her I get transferred to her I leave a voicemail I had attempted to call back a little while later the same gentleman I answered the phone when I explained to him that no one called me back and the way I was treated I'm getting hung up on I'm being evicted for my landlord taking possession back at the house and I'm looking for some kind of counsel can create me an extension or something because I didn't have a place to go with my kids even though I wasn't trying to stay there but I didn't have a roof over their head to go anywhere else he said that wasn't his Department he didn't have time to deal with it hung up on me. A couple hours later the supervisor of the thing had called me back she refused to give me her name or anybody else's told me that they

don't offer that program in Athens County and I asked her if they were refusing me Council due to the civil suit that had been filed with them involved in it and I didn't want to represent me because of that or did they really not have any attorneys available I was told that they really don't have any attorneys available. Then when I have to go to court sometime after this I'm on Zoom I'm talking with the judge Carol's there with her representative attorney and there's another young lady in the court that introduced herself from being from Southeastern Ohio Legal Services when she said this I was really confused I asked him municipal judge what is Southeastern Ohio Legal Services doing here he said they offer an eviction program the number was on the your eviction pocket you should have called them so I explained to him I did call them you know that they had told me that no one was available judge told me I was a liar why would they tell me that and I got granted no kind of extension I had to be out with him I think a matter of 7 days leaving me with nowhere to go with my children. Southeastern Ohio Legal Services retaliated against me didn't bring me equal protection had a followed their proper procedures and protocols for what they're trained to do and have they followed their eviction program that they run through the county I could have been representing by the attorney that was there she told me that she is strictly assigned to eviction cases for low income families because there's so many in the county she went to a breakout with room with me on Zoom she was very apologetic and empathetic very nice she wasn't sure why this was going on why this was this but because I didn't sign a form with them they could not do this when I told her who I had spoke with that day that I had called to obtain representation she said I know who you're talking about I don't know why they would have done this when I explained to her about the Civil claim that I had filed against the county I told her that I think that that's why they probably refused to represent me and she said probably so she said that they only represent for the first part of The Possession take back but that they would she would check into them representing me for the second part of it which is the financial part to collect for damages or any package or any money that the landlord May owe to the tenant I never did hear back from them my character was the famed to the courts and to the judge they retaliated against me and judge me for being a single parent and being low income surprised me of my Liberty due process.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                    Caption

_____        _____ vs. _____

_____        _____ vs. _____

_____        _____ vs. _____


V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Punitive Damages
Monetary Damages
Emotional Damages
General Damages
Aggravated Damages

I state under penalty of perjury that the foregoing is true and correct. Executed on this 19 day of August , 2022.

_Joshalyn Murray_
Signature of Plaintiff

-4-